**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**DETROIT DIVISION**

In the Matter of:

DAVID C PALMER,                         Case No. 10-58351-SWR
                                                 Chapter 7
                                                 HON. Steven W. Rhodes

               Debtor.
_____ /

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

The attached checks represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| Claim # | Name | Amount |
|---------|------|--------|
| 12 | Russell Collection | $3.58 |

Dated: August 12, 2011                        */s/ Karen E. Evangelista (P36144)*
                                                       Karen E Evangelista, Trustee
                                                       439 S. Main St., Suite 250
                                                       Rochester, MI 48307
                                                       (248) 652-7992
                                                       brewera1008@yahoo.com